Billy Bernard BLEDSOE, Appellant, v. UNITED STATES of America, Appellee.

No. 11954.

Circuit Court of Appeals, Fifth Circuit.

June 2, 1947.

Rehearing Denied July 8, 1947.

Billy Bernard Bledsoe, of Alcatraz, Cal., for appellant, in pro. per.

Steve M. King, U. S. Atty., of Beaumont, Tex., for appellee.

Before HUTCHESON, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment is affirmed. Buie v. United States, 5 Cir., 127 F.2d 367; Bledsoe v. Johnston, 9 Cir., 154 F.2d 458.